UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00039-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| (2) JAWAAD NASH, a/k/a "Wad," | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Unopposed Motion to Stay Proceedings (Doc. No. 893). For the reasons stated in the motion, and for good cause shown, the Motion is GRANTED. The matter is hereby STAYED for forty-five (45) days from the date of this Order. The parties shall inform the court, via status report or further motion, of where the case stands at that time.

Also before the Court is Defendant's pro se Motion to Appoint Counsel (Doc. No. 891). As Defendant is now represented by the Federal Public Defender's Office, the Motion is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: July 20, 2020

Frank D. Whitney
United States District Judge

1